IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JOHN PAOLETTI, individually
and on behalf all others similarly
situated,**

    **Plaintiff,**

vs.                                              Case No.  0:16-cv-61777-BB
                                                              **CLASS ACTION**

**EVERGLADES COLLEGE, INC.,**
a Florida not-for-profit corporation,
d/b/a **KEISER UNIVERSITY,**

    **Defendant.**
_____/

**Notice of Filing Civil Cover Sheet**

    **PLEASE TAKE NOTICE** that Plaintiff John Paoletti presents for filing the attached Civil Cover Sheet.

                                        /s/ David P. Healy
                                        David P. Healy (940410)
                                        Dudley, Sellers, Healy & Heath, PLC
                                        3522 Thomasville Rd., Suite 301
                                        Tallahassee, Florida 32309
                                        (850) 222-5400
                                        (850) 222-7339 (fax)
                                        dhealy@davidhealylaw.com
                                        Counsel to Plaintiff

Certificate of Service

**I HEREBY CERTIFY** that I filed a true and correct copy of the foregoing on July 26, 2016, using the CM/ECF filing system which will cause a true and correct copy to be transmitted via electronic transmission to all attorneys and interested parties of record.

    /s/ David P. Healy