UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PAOLETTI, individually and on behalf all      Case No.: 0:16-cv-61777
others similarly situated,

      Plaintiff,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-
profit corporation, d/b/a KEISER UNIVERSITY,

      Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW, the Defendant EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY, by and through the undersigned counsel, and hereby files this Certificate of Interested Parties, and states as follows:

1.      The name of each person, associated persons, firms, partnerships, and corporation that has a financial interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, and all other identifiable legal entities related to any party in the case:

      a. Cole, Scott & Kissane P.A.

      b. Everglades College, Inc. d/b/a Keiser University

      c. John Paoletti

      d. Dudley, Sellers, Healy & Heath, PLC

      e. Edelson PC

      f. Hughes Ellzey, LLP

Case No. 0:16-cv-61777

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By:___/s/Barry Postman_____
BARRY A. POSTMAN
FBN: 991856
JUSTIN C. SOREL
FBN: 0016256

SERVICE LIST
David P. Healy
dhealy@davidhealylaw.com
Dudley, Sellers, Healy & Heath, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, FL 32309

Benjamin H. Richman
brichman@edelson.com
Elizabeth A. Winkowski
ewinkowki@edelson.com
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654

Jarrett L. Ellzey
jarrett@hughesellzey.com
Hughes Ellzey, LLP
Galleria Tower I
2700 ost Oak Blvd., Ste. 1120
Houston, Texas 77056

l:\1085-0669-00\pleading\motion\certificate of interested persons.docx

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX