UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PAOLETTI, individually and on behalf all others similarly situated,

    Plaintiff,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

    Defendant.
_____/

Case No.: 0:16-cv-61777

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Defendant EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY, by and through the undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this Corporate Disclosure Statement, and states as follows:

1.     Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or state that there is no such corporation:

    The Defendant has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Case No. 0:16-cv-61777

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By:  /s/Barry Postman
      BARRY A. POSTMAN
      FBN: 991856
      JUSTIN C. SOREL
      FBN: 0016256

**SERVICE LIST**
David P. Healy
dhealy@davidhealylaw.com
Dudley, Sellers, Healy & Heath, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, FL 32309

Benjamin H. Richman
brichman@edelson.com
Elizabeth A. Winkowski
ewinkowki@edelson.com
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654

Jarrett L. Ellzey
jarrett@hughesellzey.com
Hughes Ellzey, LLP
Galleria Tower I
2700 ost Oak Blvd., Ste. 1120
Houston, Texas 77056

l:\1085-0669-00\pleading\motion\corporate disclosure statement.docx