IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61777-BLOOM/Valle

JOHN PAOLETTI, individually and on behalf all
others similarly situated,

    *Plaintiff*,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

    *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Benjamin H. Richman of the law firm of Edelson PC, 350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654 (telephone number (312) 589-6379) for purposes of appearance as co-counsel on behalf of Plaintiff John Paoletti in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Benjamin H. Richman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Benjamin H. Richman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Bar and the Untied Stated District Court for the Northern District of Illinois, as well as the United States District Court for the Northern District of

Florida, the United States District Court for the District of Colorado, and the United States District Court for the Western District of Michigan.

2. Movant, David P. Healy, Esquire, of the law firm of Dudley, Sellers, Healy & Heath, PLC, SunTrust Financial Center, 3522 Thomasville Road, Suite 301, Tallahassee, Florida, 32309 (telephone number (850) 222-5400) is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Benjamin H. Richman has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Benjamin H. Richman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Benjamin H. Richman at email address: brichman@edelson.com.

5. <u>Certification</u>. Undersigned counsel conferred with counsel to Defendant and is authorized to state that Defendant does not oppose the requested relief.

WHEREFORE, David P. Healy, moves this Court to enter an Order granting Benjamin H. Richman leave to appear before this Court on behalf of John Paoletti for all purposes relating to the

proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Benjamin H. Richman.

Date: September 13, 2016                                Respectfully submitted,

 /s/ David P. Healy
One of Plaintiff's Attorneys

David P. Healy (Florida Bar No. 940410)
dhealy@davidhealylaw.com
DUDLEY, SELLERS, HEALY & HEATH, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309
Tel: 850.222.5400
Fax: 850.222.7339

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-cv-61777-BLOOM/Valle

JOHN PAOLETTI, individually and on behalf all
others similarly situated,

    *Plaintiff*,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-
profit corporation, d/b/a KEISER UNIVERSITY,

    *Defendant*.

_____/

**CERTIFICATION OF BENJAMIN H. RICHMAN**

    Benjamin H. Richman, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois Bar and the Untied Stated District Court for the Northern District of Illinois, as well as the United States District Court for the Northern District of Florida, the United States District Court for the District of Colorado, and the United States District Court for the Western District of Michigan.

                                                                                  s/ Benjamin H. Richman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the above and foregoing *Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on September 13, 2016.

/s/ David P. Healy

Case No. 16-cv-61777-BLOOM/Valle