IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61777-BLOOM/Valle

JOHN PAOLETTI, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

    *Defendant*.
_____/

**NOTICE OF SELECTION OF MEDIATOR**

Plaintiff John Paoletti ("Plaintiff") and Defendant Everglades College, Inc., a Florida not-for-profit corporation, d/b/a Keiser University ("Defendant"), by and through their undersigned counsel, and pursuant to the Court's September 8, 2016 Order, (Dkt. 16), hereby give notice that:

1.    The Parties have conferred and agreed upon the Honorable Ted E. Bandstra (Ret.) as mediator.

2.    The Parties' Proposed Order Scheduling Mediation is attached hereto as Exhibit A and has been contemporaneously submitted to this Court's email inbox.

Dated: October 12, 2016

    Respectfully submitted,

    **JOHN PAOLETTI,** individually and on behalf all others similarly situated,

    By: s/ David P. Healy
        One of Plaintiff's Attorneys

    David P. Healy (Florida Bar No. 940410)
    dhealy@davidhealylaw.com
    DUDLEY, SELLERS, HEALY & HEATH, PLC
    SunTrust Financial Center

        3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309
Tel: 850.222.5400
Fax: 850.222.7339

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Elizabeth A. Winkowski*
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jarrett L. Ellzey*
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
Tel: 713.554.2377
Fax: 888.995.3335

*Pro hac vice* admission to be sought.

*Attorneys for Plaintiff and the Putative Classes*

Dated: October 12, 2016

**EVERGLADES COLLEGE, INC.,** a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

By: s/ Justin C. Sorel
     One of Defendant's attorneys

Barry A. Postman
barry.postman@csklegal.com
Justin C. Sorel
justin.sorel@csklegal.com
COLE SCOTT & KISSANE
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
Tel: 561-383-9200
Fax: 561-683-8977

**SIGNATURE ATTESTATION**

    I, David P. Healy, an attorney, hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a confirmed signature (s/) within this e-filed document.

                                         s/ David P. Healy

**CERTIFICATE OF SERVICE**

      I, David P. Healy, an attorney, hereby certify that on October 12, 2016, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                              s/ David P. Healy