UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN PAOLETTI, individually and on behalf all others similarly situated,

    Plaintiff,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

    Defendant.
_____/

Case No.: 0:16-cv-61777

## JOINT MOTION TO EXTEND DEADLINES TO EXCHANGE EXPERT WITNESS SUMMARIES OR REPORTS AND REBUTTAL EXPERT WITNESS SUMMARIES OR REPORTS ON ISSUES OF CLASS CERTIFICATION

COMES NOW Plaintiff, JOHN PAOLETTI, and Defendant, EVERGLADES COLLEGE, INC. d/b/a KEISER UNIVERSITY, by and through their undersigned counsel, and jointly move to extend the deadlines to exchange expert witness summaries or reports and rebuttal expert witness summaries or reports on issues of class certification, and in support thereof state as follows:

1.     On September 9, 2016 this Honorable Court issued its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge which set the deadline for the parties to exchange expert witness summaries or reports on issues of class certification required by Local Rule 16.1(k) on November 10, 2016. Docket Entry #16. The Order also set the deadline for the parties to exchange rebuttal expert witness summaries or reports on issues of class certification required by Local Rule 16.1(k) on December 5, 2016. Id. The deadline for completing class certification discovery is January 6, 2017. Id. The deadline for Plaintiff to file a motion for class certification is January 13, 2017.

2. On September 14, 2016, the Defendant served, via email, discovery requests in the form of Interrogatories and Request for Production on all of the attorneys for Plaintiff listed in the signature block of the Complaint. *See* Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Request for Production to Plaintiff, attached hereto as **"Exhibit A"**; Docket Entry #1.

3. Due to a typographical error in an email address, one of Plaintiff's attorneys did not receive the discovery requests on September 14, 2016.

4. As a result, Plaintiff requested and Defendant agreed to a fourteen (14) day extension of time for the Plaintiff to respond to Defendant's discovery requests. The responses would now be due on or before October 31, 2016.

5. The information sought in Defendant's discovery requests is needed to provide to an expert to formulate opinions and prepare a report in order to timely comply with the Court's disclosure deadline. *See* **Exhibit A.**

6. In light of the fourteen (14) day extension of time agreed to by Defendant for Plaintiff to respond to the discovery requests, the upcoming Thanksgiving holiday, and time to resolve any potential discovery disputes, the parties jointly request an extension until December 5, 2016 to exchange expert witness summaries or reports required by Local Rule 16.1(k) on issues of class certification.

7. Furthermore, the parties jointly request a corresponding extension of time until December 23, 2016 to exchange rebuttal expert witness summaries or reports on issues of class certification required by Local Rule 16.1(k).

8. This Joint Motion does not request an extension of the January 6, 2017 deadline for completing class discovery[1] or the January 13, 2017 deadline for the Plaintiff to file a motion for class certification.

WHEREFORE, for the foregoing reasons, the parties request this Honorable Court grant this Joint Motion to Extend Deadlines to Exchange Expert Summaries or Reports and Rebuttal Expert Summaries or Reports on Issues of Class Certification, specifically, extending the deadline to exchange expert witness summaries or reports required by Local Rule 16.1(k) on issues of class certification to December 5, 2016 and the deadline to exchange rebuttal expert witness summaries or reports on issues of class certification required by Local Rule 16.1(k) to December 23, 2016, and for any further relief the Court deems just and equitable.

Dated: October 18, 2016

Respectfully submitted,

**JOHN PAOLETTI,** individually and on behalf all others similarly situated,

By: /s/ David P. Healy
    One of Plaintiff's attorneys

David P. Healy (Florida Bar No. 940410)
dhealy@davidhealylaw.com
DUDLEY, SELLERS, HEALY & HEATH, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309
Tel: 850.222.5400
Fax: 850.222.7339

Benjamin H. Richman (pro hac vice)
brichman@edelson.com
Elizabeth A. Winkowski*

---

[1] If necessary, Plaintiff has agreed to allow Defendant to depose any rebuttal expert tendered by Plaintiff up until Defendant files its response brief to the motion for class certification. However, if it becomes necessary, Defendant will file a motion relative to the same at a later date.

Case No. 0:16-cv-61777

ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jarrett L. Ellzey*
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
Tel: 713.554.2377
Fax: 888.995.3335

*Pro hac vice admission to be sought.

*Attorneys for Plaintiff and the Putative Classes*

Dated: October 18, 2016

**EVERGLADES COLLEGE, INC.,** a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

By: ___/s/ Justin C. Sorel___
    One of Defendant's attorneys

Barry A. Postman
Justin C. Sorel
COLE SCOTT & KISSANE
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401561-383-9200
Fax: 561-683-8977
Email: barry.postman@csklegal.com
justin.sorel@csklegal.com

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

        COLE, SCOTT & KISSANE, P.A.
        Attorneys for Defendant
        Esperante Building
        222 Lakeview Ave., Suite 120
        West Palm Beach, Florida 33401
        Telephone: (561) 383-9200
        Facsimile: (561) 683-8977

        By:   /s/Justin C. Sorel
            BARRY A. POSTMAN
            FBN: 991856
            JUSTIN C. SOREL
            FBN: 0016256

**SERVICE LIST**
David P. Healy
dhealy@davidhealylaw.com
Dudley, Sellers, Healy & Heath, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, FL 32309

Benjamin H. Richman
brichman@edelson.com
Elizabeth A. Winkowski
ewinkowski@edelson.com
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654

Jarrett L. Ellzey
jarrett@hughesellzey.com
Hughes Ellzey, LLP
Galleria Tower I
2700 ost Oak Blvd., Ste. 1120
Houston, Texas 77056