# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-61777-BLOOM/Valle

JOHN PAOLETTI, individually and on behalf of all
others similarly situated,

    *Plaintiff*,

v.

EVERGLADES COLLEGE, INC., a Florida not-for-
profit corporation, d/b/a KEISER UNIVERSITY,

    *Defendant*.

_____/

## PARTIES' JOINT NOTICE OF RESOLUTION OF DISCOVERY ISSUES

Plaintiff John Paoletti ("Plaintiff") and Defendant Everglades College, Inc., d/b/a Keiser University ("Defendant") hereby notify the Court that they have independently reached an agreement resolving the discovery issues raised in Defendant's Motion for Protective Order (the "Motion"), (Dkt. 37). Specifically, Plaintiff has agreed to limit his discovery requests to issues relating to his individual claims at this time. The Parties agree that Plaintiff may re-serve class discovery at a later date, and if necessary, Defendant may renew its motion for a protective order at that time.

In light of this agreement, which resolves the the issues raised in the Motion, the Parties respectfully request that the hearing scheduled for tomorrow be stricken.

                                        Respectfully submitted,

Dated: December 21, 2016           **JOHN PAOLETTI**, individually and on behalf all
                                        others similarly situated,

                                        By: s/ Elizabeth Winkowski
                                            One of Plaintiff's attorneys

David P. Healy (Florida Bar No. 940410)
dhealy@davidhealylaw.com
DUDLEY, SELLERS, HEALY & HEATH, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309
Tel: 850.222.5400
Fax: 850.222.7339

Eve-Lynn Rapp (admitted *pro hac vice*)
erapp@edelson.com
Stewart R. Pollock (admitted *pro hac vice*)
spollock@edelson.com
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Elizabeth A. Winkowski (admitted *pro hac vice*)
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jarrett L. Ellzey*
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
Tel: 713.554.2377
Fax: 888.995.3335

*Pro hac vice* admission to be sought.

*Attorneys for Plaintiff and the Putative Classes*

Dated: December 21, 2016

**EVERGLADES COLLEGE, INC.,** a Florida not-for-profit corporation, d/b/a KEISER UNIVERSITY,

By: s/Justin C. Sorel

2

One of Defendant's attorneys

Barry A. Postman
barry.postman@csklegal.com
Justin C. Sorel
justin.sorel@csklegal.com
COLE SCOTT & KISSANE
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
Tel: 561-383-9200
Fax: 561-683-8977

## **SIGNATURE ATTESTATION**

    I, Justin C. Sorel, an attorney, hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a confirmed signature (s/) within this e-filed document.

                                                                              s/Justin C. Sorel

## CERTIFICATE OF SERVICE

I, Justin C. Sorel, an attorney, hereby certify that on December 21, 2016, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/Justin C. Sorel